**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Markus A. Bell,

Plaintiff,

v. Case No. 1:26-cv-864

Meredith E. Mahilo, et al.,

Defendants.

# ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 15, 2026 (Doc. 3).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 3) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 3) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the Court **DISMISSES** Plaintiff's Complaint for failure to state a claim on which relief may be granted and for lack of subject-matter jurisdiction. The Court **SEVERS** and **TRANSFERS** Plaintiff's official capacity claims under 28 U.S.C. § 1983 for injunctive relief, and any related state law claims that form part of the same case or controversy, against Defendant Mulinex to the District Court for the Northern District of Ohio, Western Division at Toledo, and **DISMISSES** Plaintiff's remaining claims under 28

U.S.C. §§ 1915(e)(2) and 1915A(b) for failure to state a claim on which relief may be granted and for lack of subject-matter jurisdiction.

**IT IS SO ORDERED.**

*s/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court